Kane County Bank and Trust Company, appellee, v. Ella Winterhalter, appellant. Gen. No. 9,041.

Opinion filed September 3, 1936.
Roy R. Phillips, for appellant. Hempstead & Green, for appellee.
Mr. Justice Wolfe delivered the opinion of the court.

Maria McGuire, appellee, v. James J. McGuire, defendant. The Retirement Board of the Policemen's Annuity and Benefit Fund of Chicago, appellant. Gen. No. 9,060.

Opinion filed September 3, 1936.
Barnet Hodes, Corporation Counsel, and George F. Mulligan, Assistant Corporation Counsel, for appellant; George F. Mulligan, of counsel. William Sherman Stahl, for appellee.
Mr. Justice Wolfe delivered the opinion of the court.

Johnson and Carlson, appellee, v. Pioneer Brewing Company, appellant. Gen. No. 9,065.

Opinion filed September 3, 1936. Rehearing denied October 6, 1936.
George A. Bosomburg, for appellant. A. S. and E. W. Froehlich and Higgins & Walter, for appellee; E. W. Froehlich and S. B. Rosenzweig, of counsel.
Mr. Justice Wolfe delivered the opinion of the court.

Somonauk State Bank et al., appellees, v. Bartel B. Hagen et al., appellants. Gen. No. 9,076.

Opinion filed September 3, 1936.
Butters & Butters and C. B. Chapman, for appellants. Robert C. Carr, W. I. Hibbs and M. Dale Morahn, for appellees.
Mr. Justice Wolfe delivered the opinion of the court.